CRIMINAL COMPLAINT

United States District Court

DISTRICT of ARIZONA

United States of America
v.
Duane Francis Leighton, Jr.
DOB: 1980; United States Citizen

___ FILED     ___ LODGED
___ RECEIVED  ___ COPY

DOCKET NO.

MAY - 4 2012

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

MAGISTRATE CASE NO.
12-00448M

Complaint for violation of Title 18 United States Code § 111(a)&(b)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**VICTIM**

**COUNT ONE:**

On or about April 30, 2012, at or near the Village of Pisinimo, on the Tohono O'odham Nation, in the District of Arizona, **Duane Francis Leighton, Jr.** did intentionally and forcibly, assault, resist, oppose, impede, intimidate and interfere with United States Border Patrol Agent Paul Welch, an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, **Duane Francis Leighton, Jr.** approached Agent Welch while brandishing a three foot sword, which caused Agent Welch to be in apprehension of immediate bodily harm, in violation of Title 18, United States Code, Sections 111(a)&(b).

**COUNT TWO:**

On or about April 30, 2012, at or near the Village of Pisinimo, on the Tohono O'odham Nation, in the District of Arizona, **Duane Francis Leighton, Jr.** did intentionally and forcibly, assault, resist, oppose, impede, intimidate and interfere with United States Border Patrol Agent Jean Rivera Aviles, an officer of the United States, while he was engaged in and on account of the performance of his official duties, that is, **Duane Francis Leighton, Jr.** approached Agent Aviles while brandishing a three foot sword, which caused Agent Aviles to be in apprehension of immediate bodily harm, in violation of Title 18, United States Code, Sections 111(a)&(b).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On April 30, 2012, Border Patrol Agents Paul Welch and Jean Rivera Aviles were patrolling near Federal Routes 21 and 28 near the Village of Pisinimo, on the Tohono O'odham Nation, in their marked patrol vehicle, when they encountered an individual on the side of the road who said he had a flat tire but did not require any assistance from agents as a friend was on the way to assist him. The agents continued along the road and encountered **Duane Francis Leighton, Jr.** and two other individuals. **Leighton** approached the driver's side window and began to explain that he had a friend along Federal Route 28 who had a flat tire. The agents explained their previous contact with the friend, at which time **Leighton** became angry and began cursing at the agents. As **Leighton** walked away, the agents noticed that **Leighton** had a sword attached to the back of his pants. **Leighton** drew the three foot long sword and approached the agents while continuing to yell and curse at the agents, such as repeatedly yelling "Fuck you!" The agents felt threatened and drew their service weapons and requested that **Leighton** drop the sword. After approaching further toward the agents, **Leighton** finally complied and stabbed the sword into the ground. **Leighton** continued to be aggressive, yelling at the agents, repeatedly dropping and picking up the sword, eventually walking into a patio area of a home, where he threw the sword over a fence and was subsequently detained.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

Rec: Detention

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.
NPS/cgf
Approved by AUSA N. Savel  _signature_

SIGNATURE OF COMPLAINANT
_signature_

OFFICIAL TITLE
US Border Patrol Agent

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]
_signature_

DATE
May 4, 2012

[1] See Federal rules of Criminal Procedure Rules 3 and 54